**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 299 EAL 2016

           Respondent

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court

           v.

BILLY GIBSON,

           Petitioner                   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.